# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DEMETRIS SIMMONS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Case Number: 04-CR-63<br><br>USM Number: 07339-089<br><br>Thomas Wilmouth<br>Defendant's Attorney<br><br>Elizabeth M. Blackwood<br>Assistant United States Attorney |



U.S. DIST. COURT EAST DIST. WISC
FILED
SEP 2 4 2009
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO, CLERK

The defendant acknowledges that he violated the conditions of his term of supervised release as identified below. ACCORDINGLY, the defendant is adjudicated guilty of committing the following violations.

| Violation # | Nature of Violations | Date of Violations | Grade of Violation |
|---|---|---|---|
| #1 | Failed to report for random drug testing | 8/6/08, 8/20/08, 8/23/08, 8/27/08, 9/13/08, 12/13/08, 12/29/08, 1/10/09 and 2/21/09 | C |
| #2 | Since released has not made minimum monthly payments toward reimbursement of buy money | | C |
| #3 | Did not complete and return a personal financial statement given to him on 7/29/08 | | C |
| #4 | Has not paid monthly child support payments from mid-January 2009 | | C |
| #5 | On 3/18/09 was found guilty by default and fined in Pewaukee, WI Municipal Court for an Unlawful U-Turn at a Traffic | Citation received on 2/7/09 | C |

The defendant is sentenced as provided in Pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Grade A violations and the Grade B violation, as well as the Grade C violations relating to knowingly associating with felons, are dismissed.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material change in the economic circumstances.

September 23, 2009
Date of Imposition of Judgment

Signature of Judicial Officer

C. N. Clevert, Jr., U. S. District Judge
Name & Title of Judicial Officer

9/24/09
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations:
Sheet 2 - Imprisonment

**Defendant: Demetris Simmons**
**Case Number: 04-CR-63**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned to a term of **time served.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
    ☐ at _____ on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                                                        UNITED STATES MARSHAL

                                                        By
                                                              DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations:
Sheet 3 - Supervised Release

**Defendant: Demetris Simmons**
**Case Number: 04-CR-63**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **twenty-nine (29) months and two (2) days.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess any controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as directed.

- ☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notification and to confirm the defendant's compliance with such notification requirement.

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations:
Sheet 3 - Supervised Release

Defendant: Demetris Simmons
Case Number: 04-CR-63

## ADDITIONAL TERMS OF SUPERVISED RELEASE

1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

2. The defendant shall not possess any firearms or other dangerous weapons, as such possession will result in revocation of the supervision term and subject the defendant to a further term of imprisonment.

3. Pursuant to the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall not illegally possess or unlawfully use any controlled substance. Such illegal possession or unlawful use will result in revocation of the supervision term and subject the defendant to an additional term of imprisonment. The defendant shall submit to one drug test within 15 days of release and at least two tests within each year of supervised release as directed by the supervising probation officer.

4. The defendant shall participate in a program of testing and residential or outpatient treatment for drug and alcohol abuse, as directed by the supervising probation officer, until such time he is released from such program by the supervising probation officer.

5. After release from imprisonment the defendant is to repay $2,450.00 in buy money to the Bureau of Alcohol, Tobacco and Firearms, Attention: General Fund, Reference: Case No. 778020030078, Regarding Demetris Simmons, 1000 N. Water Street, Suite 1700, Milwaukee, WI 53202, at a rate of not less than $50.00 per month. The defendant shall apply 100% of his annual federal and/or state tax refunds toward repayment of the buy money. The defendant shall not change exemptions claimed for federal or state income tax purposes without prior notice to his supervising probation officer.

6. The defendant shall provide access to all of the personal financial information requested by the supervising probation officer including, but not limited to, copies of all federal and state income tax returns. All tax returns shall be filed in a timely manner with copies provided to the supervising probation officer immediately upon filing. The defendant shall provide monthly financial reports in order for the supervising probation officer to monitor the defendant's ability to pay his financial obligations as ordered by this court.

7. The defendant shall cooperate with the Child Support Enforcement Unit in payment of any child support or arrears and to make regular payments under the guidance and supervision of the supervising probation officer.

8. The defendant shall cooperate in the collection of DNA under the guidance and supervision of his supervising probation officer.

9. The defendant is to demonstrate efforts to seek employment and maintain employment.

10. The defendant is to immediately address child support issues with the state court and report all of his efforts to his supervising probation officer.

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations:
Sheet 5 - Supervised Release

**Defendant: Demetris Simmons**
**Case Number: 04-CR-63**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** | **Buy Money** |
|---|---|---|---|---|
| **Totals:** | $ 100.00 | None | None | $ 2,450.00 |
|  | (Already Paid in Full) |  |  | (To be repaid as a condition of supervised release) |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

☒ **The defendant shall repay the buy money as a condition of supervised release.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  | $ | $ |  |
| Totals: | $ | $ |  |

☐ Restitution amount ordered pursuant to plea agreement $_____ .

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☐ restitution ☒ buy money.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.